**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOE FLORES AND CONNIE FLORES, ) | CV F 99-5878 AWI DLB |
| ) | |
| Plaintiffs, ) | ORDER VACATING |
| v. ) | APRIL 30, 2007, 1:30 P.M. |
| ) | HEARING AND TAKING |
| DDJ, INC., et al., ) | MATTER UNDER |
| ) | SUBMISSION |
| Defendants. ) | |
| _____ ) | |

In this action, the jury returned a verdict for Plaintiffs Joe and Connie Flores against Defendants for violations of PACA and state law.   On January 10, 2005, the court stayed this action because Defendants had filed bankruptcy.   On March 30, 2007, Plaintiffs filed a motion for an order to calendar a hearing date on a motion to add judgment debtors.   The court construes this motion as a request to lift the stay in this action so that Plaintiffs can file a motion to add judgment debtors.

The court has reviewed the papers  and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h).  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of April 30, 2007 at 1:30 p.m. is VACATED, and the parties shall not appear at that time.  As of April 30, 2007, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:    April 30, 2007**                        _____/s/ Anthony W. Ishii_____
                                          UNITED STATES DISTRICT JUDGE