IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE FLORES AND CONNIE FLORES, )<br>)<br>Plaintiffs, )<br>v.   )<br>)<br>DDJ, INC., et al., )<br>)<br>Defendants. )<br>_____ ) | CV F 99-5878 AWI DLB<br><br>ORDER GRANTING MOTION<br>TO INTERVENE |

    In this action, the jury returned a verdict for Plaintiffs Joe and Connie Flores against Defendants for violations of PACA and state law.   On January 10, 2005, the court stayed this action because Defendants had filed bankruptcy.   On August 23, 2007, James E. Salven as Chapter 7 Trustee for the Estate of DDJ, Inc., applied to the court for an application granting Trustee Salven permission to intervene.

    Good cause appearing, it is ORDERED that the application is granted.   Trustee Salven may intervene in the Plaintiffs' motion to add judgment debtors.

IT IS SO ORDERED.

Dated:   October 5, 2007                         /s/ Anthony W. Ishii
                                                           UNITED STATES DISTRICT JUDGE