IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE FLORES AND CONNIE FLORES, )<br>   )<br>           Plaintiffs,   )<br>   v.   )<br>   )<br>DDJ, INC., et al.,   )<br>   )<br>           Defendants.   )<br>_____) | CV F 99-5878 AWI DLB<br><br>ORDER VACATING<br>NOVEMBER 13, 2007<br>HEARING AND TAKING<br>MATTER UNDER<br>SUBMISSION |

   In this action, the jury returned a verdict in favor of Plaintiffs Joe and Connie Flores. Plaintiffs then filed a motion to add judgment debtors. On January 10, 2005, the court stayed this action because Defendants had filed bankruptcy. When the stay had been resolved, on October 9, 2007, the court set a hearing on Plaintiffs' motion to add judgment debtors for November 13, 2007.

   The court has reviewed the original briefs concerning the motion, along with the parties' supplemental brief and opposition. The court has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of November 13, 2007, is VACATED, and the parties shall not appear at that time. As of November 13, 2007, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   November 7, 2007            /s/ Anthony W. Ishii
                                UNITED STATES DISTRICT JUDGE