IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE FLORES AND CONNIE FLORES,  )<br>                                                            )<br>                      Plaintiffs,        )<br>                                                            )<br>          v.                                             )<br>                                                            )<br>DDJ, INC., et al.,                              )<br>                                                            )<br>                      Defendants.    )<br>                                                            )<br>_____)  | 1-99-CV-5878 AWI DLB<br><br>**GRANTING APPLICATION FOR MORE TIME TO RESPOND TO JOINDER TO MOTION FOR RECONSIDERATION**<br><br>**ORDER VACATING FEBRUARY 25, 2008 HEARING AND TAKING MOTION FOR RECONSIDERATION UNDER SUBMISSION**<br><br>(Document #496) |

   On November 30, 2007, the court denied Plaintiffs' motion to amend judgment to add the Individuals as alter egos of Defendants.  On January 15, 2008, Plaintiffs filed a motion for reconsideration.  This motion was set for hearing on February 25, 2008.   On February 1, 2008, the Bankruptcy Trustee for Defendants filed a joinder in Plaintiffs' motion for reconsideration. The Individuals have requested additional time to oppose the joinder brief.

   Good cause having been presented to the court, the Individuals' application is GRANTED, and the Individuals may file any opposition to the joinder by 4:00 p.m. on February 28, 2008.   Plaintiffs and the Trustee may file any reply by 4:00 p.m. on March 7, 2008.

   The court has reviewed the briefs currently on file concerning the motion for reconsideration.   The court has determined that this matter is suitable for decision without oral argument.  Local Rule 78-230(h).  Therefore, IT IS HEREBY ORDERED that the previously set

hearing date of February 25, 2008, is VACATED, and the parties shall not appear at that time. As of March 7, 2008, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:     February 20, 2008**               _____/s/ Anthony W. Ishii_____
                                               UNITED STATES DISTRICT JUDGE

daw                                 2