99

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE FLORES AND CONNIE FLORES, ) | 1: 99-CV-5878 AWI DLB |
| ) | |
| Plaintiffs, ) | ORDER VACATING |
| v. ) | APRIL 21, 2008 HEARING |
| ) | AND TAKING MATTER |
| DDJ, INC., et al., ) | UNDER SUBMISSION |
| ) | |
| Defendants. ) | |
| _____ ) | |

     In this action, the jury returned a verdict for Plaintiffs Joe and Connie Flores against Defendants for violations of PACA and state law.   On January 10, 2005, the court stayed this action because Defendants had filed bankruptcy.   On March 30, 2007, Plaintiffs filed a motion for an order to calendar a hearing date on a motion to add judgment debtors.   On November 28, 2007, the court denied Plailntiffs' motion to amend judgment to add individuals as Alter Egos of DDJ Entities.

     The court gave Plaintiffs additional time in which to file a motion for reconsideration of the November 28, 2007 order.   The events concerning the timing of Plaintiffs' motion for reconsideration and the due dates for opposition briefs has caused a conflict to arise, and Plaintiffs are requesting the court to sanction Defendants for not timely filing a brief.

     The court has reviewed the papers  and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h).   Therefore, IT IS HEREBY ORDERED that the previously set hearing date of  April 21, 2008 at 1:30 p.m. is VACATED, and the parties

shall not appear at that time.  As of April 21, 2008, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:    April 15, 2008**               _____**/s/ Anthony W. Ishii**_____
                                           UNITED STATES DISTRICT JUDGE

daw                                        2