UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOE FLORES, et al.,** | **CASE NO. 1:99-CV-5878 AWI DLB** |
| Plaintiffs | **ORDER VACATING HEARING DATE OF SEPTEMBER 22, 2014 AND TAKING MATTER UNDER SUBMISSION** |
| v. | |
| **DDJ, Inc., et al.,** | |
| Defendants | |

   Plaintiffs have made a motion for reconsideration. Doc. 537.  Certain Defendants have filed an opposition and asked for a stay pending a Ninth Circuit ruling on a related case. Docs. 542 and 546.  The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 230(g).

   Therefore, IT IS HEREBY ORDERED that the previously set hearing date of September 22, 2014, is VACATED, and no party shall appear at that time.  As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   September 17, 2014                              _____
                                                                              SENIOR DISTRICT JUDGE