UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE FLORES AND CONNIE FLORES,,<br><br>Plaintiffs,<br><br>v.<br><br>DDJ, INC., et al.,<br><br>Defendants. | CASE NO. 1:99-CV-5878 AWI DLB<br><br>ORDER GRANTING PLAINTIFF'S REQUEST TO RENEW THE JUDGMENT IN THIS ACTION<br><br>(Documents # 535 & # 536) |

In this action, the jury returned a verdict of $234,970.16 in damages against DDJ, Inc; $3,174.94 in damages against DDJ, LLC; $189,000.00 in punitive damages against DDJ, Inc.; and $91,000.00 in punitive damages against DDJ, LLC.  Plaintiffs also succeeded on their California Business and Professions Code § 17200 claim, and they were awarded $1.00 in nominal damages against DDJ, Inc.  The Court found that Plaintiffs are entitled to pre-judgment interest pursuant to California Food and Agriculture Code § 56620 on the damage award for the conversion claim. Judgment was entered on August 9, 2004.

On February 26, 2014, Plaintiffs filed a notice and application for renewal of the judgment. No Defendant filed an opposition to Plaintiff's notice and application.  Review of the Court's records reveals that neither the Clerk of the Court nor the Court has addressed Plaintiff's request.

Pursuant to Federal Rule of Civil Procedure 69(a), state law applies to the procedures used "in proceedings supplementary to and in aid of a judgment."  By statute, judgments entered in California may be renewed within a ten year period after entry of judgment.  See Cal. Civ. Proc. Code § 683.120 *et seq*.  The entry of a renewal of judgment is a purely ministerial act performed

1  by the Clerk of the Court upon the filing of an application that contains the requisite information.
2  See Cal. Civ. Proc. Code § 683.150(a) ("Upon the filing of the application, the court clerk shall
3  enter the renewal of the judgment in the court records").

4      California law required Plaintiffs to renew the judgment within 10 years after the
5  judgment's date of entry in order to preserve its validity.  Plaintiffs timely filed a notice and
6  application to renew the judgment on February 26, 2014, less than ten years after the original
7  judgment was entered.  As such, Plaintiffs' notice and application for the renewal of judgment
8  shall be granted.

9      Accordingly, the Plaintiffs' notice and application for renewal of judgment is GRANTED.
10  The Clerk of the Court is DIRECTED to renew the judgment.

12  IT IS SO ORDERED.

13  Dated:   September 23, 2014                              _____
                                                           SENIOR DISTRICT JUDGE