# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE FLORES, *et al.*,<br><br>   Plaintiff,<br><br>  vs.<br><br>DDJ INC., et al.,<br><br>   Defendants. | Case No. 1:99-cv-5878 AWI-BAM<br><br>ORDER TO PROCEED IN FORMA PAUPERIS ON APPEAL |

  Plaintiffs Joe Flores and Connie Flores ("Plaintiffs") filed a Joint Notice of Appeal (Doc. 555) of the February 20, 2015, Order denying their Motion for Reconsideration. (Doc. 554). On March 6, 2015, Plaintiffs filed separate applications to proceed in forma pauperis on appeal. (Docs. 556, 557). Each of Plaintiff's applications makes the showing required by 28 U.S.C. § 1915(a). Accordingly, their requests to proceed in forma pauperis on appeal are GRANTED.

IT IS SO ORDERED.

  Dated: **March 11, 2015**      /s/ *Barbara A. McAuliffe*
                     UNITED STATES MAGISTRATE JUDGE